UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SMILEDIRECTCLUB, LLC,

    Plaintiff,

v.

MICHIGAN DENTAL ASSOCIATION,

    Defendant.

Case No. 1:17-cv-00939-PLM-PJG

Honorable Paul L. Mahoney

**NOTICE OF STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(2)**

Plaintiff, SmileDirectClub, LLC ("Plaintiff") and Defendant, Michigan Dental Association ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to the voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), which provides for such dismissal without a Court order when there is a "stipulation of dismissal signed by all parties who have appeared."

**STIPULATED TO AND APPROVED BY:**

Dated:  July 2, 2018

| **DYKEMA GOSSETT PLLC** | **KERR, RUSSELL AND WEBER, PLC** |
|---|---|
| By:  /s/*Mark J. Magyar*   <br>    Mark J. Magyar (P75090)<br>    Attorneys for Plaintiff<br>300 Ottawa Avenue N.W., Suite 700<br>Grand Rapids, MI 49503<br>Telephone: (616) 776-7500<br>mmagyar@dykema.com | By:  /s/*Matthew L. Powell* (w/ permission)<br>    Matthew L. Powell. (P69186)<br>    Attorneys for Defendant<br>500 Woodward Avenue, Suite 2500<br>Detroit, MI  48226<br>(313) 961-0200<br>mpowell@kerr-russell.com |